FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAY HYMAS d/b/a DOSMAN
FARMS,

               Plaintiff,

     v.

UNITED STATES DEPARTMENT OF
INTERIOR,

               Defendant.

No.   4:20-cv-05036-SMJ

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Before the Court is Magistrate Judge Rodgers's July 6, 2020 Report and Recommendation, ECF No. 23, recommending the Court (1) affirm the Court's previous Order, ECF No. 14, assessing a $100.00 fine and (2) require Plaintiff to pay the partial filing fee of $100.00 in full within fourteen (14) days from an order adopting the Recommendation. No objections have been filed. Having reviewed the Report and Recommendation and relevant authorities, the Court finds that Magistrate Judge Rodgers's findings and conclusions are correct. Therefore, the Court adopts the Report and Recommendation in its entirety and affirms the Court's May 21, 2020 Order Granting Application to Proceed *In Forma Pauperis* and Setting a Partial Filing Fee, ECF No. 14.

ORDER ADOPTING REPORT AND RECOMMENDATION – 1

Accordingly, **IT IS HEREBY ORDERED**:

1.  The Report and Recommendation, **ECF No. 23**, is **ADOPTED** in its entirety.

2.  Within fourteen (14) days of this Order, Plaintiff shall pay a filing fee of $100.00, which shall also satisfy any Administrative Fee.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to *pro se* Plaintiff and Magistrate Judge Rodgers.

**DATED** this 27th day of July 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge